UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LONNIE V. COVINGTON

CIVIL ACTION

VERSUS

NO. 12-491-JJB-SCR

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY

**RULING**

The court has carefully considered the petition, the record, the law applicable to this

action, and the Report and Recommendation of United States Magistrate Judge Stephen

C. Riedlinger dated February 18, 2014 (doc. no. 14) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the

magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence

four of 42 U.S.C. § 405(g), the final decision of Carolyn W. Colvin, Acting Commissioner

of Social Security, denying the application of plaintiff Lonnie V. Covington for disability

insurance benefits are affirmed, and this action is DISMISSED.

Baton Rouge, Louisiana, this _____ day of March, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA